**Order entered March 1, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01028-CV

### IN RE FREIGHTQUOTE.COM, Relator

**Original Proceeding from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-01862-D**

## ORDER
Before Justices Myers, Whitehill, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    LANA MYERS
       JUSTICE